IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BRIAN KOCHER,
#Y30177,

        Plaintiff,

v.

PERRY MYERS, *et al.*,

        Defendants.

Case No. 19-cv-01204-NJR

# MEMORANDUM AND ORDER

**ROSENSTENGEL, Chief Judge:**

This matter is before the Court for case management purposes. Defendant Perry Myers was issued summons on Plaintiff's Complaint on May 14, 2020 (Doc. 14). Defendant Myers returned the waiver the same day, and his Answer was due July 13, 2020. (Doc. 15). As of this date, Defendant Myers has failed to move, answer, or otherwise plead in response to the Complaint.

The Federal Rules of Civil Procedure provide that the Clerk of Court must enter default against a defendant who has failed to plead or otherwise defend. FED. R. CIV. P. 55(a). Accordingly, the Court **ORDERS** as follows:

(1)    The Clerk of Court is **DIRECTED** to **ENTER DEFAULT** against Defendant Myers in accordance with Federal Rule of Civil Procedure 55(a).

(2)    Plaintiff is **ORDERED** to move for default judgment against Defendant Myers on or before **September 15, 2020**, in accordance with Federal Rule of Civil Procedure 55(b).

(3) If Plaintiff fails to move for default judgment as set forth in this Order, this entire action will be dismissed as to Defendant Myers for failure to prosecute and/or failure to comply with an order of the Court.

(4) The Clerk of Court is **DIRECTED** to transmit a copy of this Order and the entry of default to Plaintiff and to Defendant Myers.

Finally, the Motion for Discovery (Doc. 22) filed by Plaintiff Kocher is **DENIED**. Once all Defendants have filed an Answer to the Complaint, the Court will enter an Initial Scheduling Order, which will establish time lines and provide the parties information regarding initial discovery disclosures and identification of Jane Doe Nurse.

**IT IS SO ORDERED.**

DATED: August 25, 2020

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**