IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRIAN KOCHER, #Y30177, <br><br>   Plaintiff, <br><br> v. <br><br> PERCY MYERS, SCOTT THOMPSON, and CHRISTINE BROWN, <br><br>   Defendants. | Case No. 19-cv-01204-SPM |

# NOTICE OF IMPENDING DISMISSAL

**MCGLYNN, District Judge:**

On July 19, 2022, the Court entered an order granting Defendants' motion to compel discovery. (Doc. 62). The Court directed Plaintiff to produce responses to the requests for production sent on November 25, 2020, and then again on September 10, 2021, by August 2, 2022. Plaintiff was also ordered to show cause in writing why this case should not be dismissed against all Defendants for failure to respond to discovery and failure to prosecute. *See* FED. R. CIV. P. 37(d), 41(b). He was warned that failure to comply with the Order and provide timely discovery would result in the dismissal of this action.

It has been several months, and Plaintiff has not responded to the Show Cause Order. In fact, the Court has received no communication from Plaintiff since July 13, 2022. (Doc. 61).

Therefore, the Court **ORDERS** Plaintiff to **SHOW CAUSE** by **January 23, 2023,** in writing, as to why the Court should not consider his failure to respond to the Court's

previous Show Cause Order (Doc. 62) as an abandonment of this lawsuit. **Failure to comply with this Order will result in dismissal of this action for want of prosecution and/or for failure to comply with a court order under Federal Rule of Civil Procedure 41(b).**

**IT IS SO ORDERED.**

DATED:   January 9, 2023

                                          *s/Stephen P. McGlynn*
                                          **STEPHEN P. MCGLYNN**
                                          **District Judge**